IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

TINH VAN NGUYEN,                          )
                                          )
                Petitioner,               )
                                          )
v.                                        )      Case No. CIV-26-00728-JD
                                          )
WARDEN OF DIAMONDBACK                     )
DETENTION FACILITY, et al.,               )
                                          )
                Respondents.              )

**ORDER**

The Court notes and confirms through the Online Detainee Locator System that Petitioner is no longer held in custody of Immigration and Customs Enforcement. *See* ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last accessed May 29, 2026) (showing via Petitioner's A-number and citizenship/nationality that Petitioner is not currently in ICE custody); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

In the interest of judicial economy, and based upon the developments in this action, the Court declines as moot the Report and Recommendation [Doc. No. 10] recommending the denial of certain motions [Doc. Nos. 6, 7], withdraws the referral of the case to United States Magistrate Judge Suzanne Mitchell [Doc. No. 8], and dismisses as moot the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1]. This Order also renders moot the pending motions. *See* [Doc. Nos. 6, 7, 12, 13].

A separate judgment will follow.

IT IS SO ORDERED this 29th day of May 2026.

_____

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE